UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA STOBAUGH,

        Petitioner,

v.

PAUL D. KLEE,

        Respondent.
_____/

Case No.10-12236

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on November 05, 2010, judgment is entered in favor of the respondent and against the petitioner.

DAVID WEAVER

Dated: November 8, 2010    By: s/Julie Owens
                               Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Joshua Stobaugh, 709251, Cooper Street Correctional Facility, 3100 Cooper Street, Jackson, MI 49201 and the attorneys of record on this date, November 8, 2010, by electronic and/or ordinary mail.

                                                S/Julie Owens
                                               Case Manager, (313) 234-5160